IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEREMY WANE EDGAR                                                              PLAINTIFF

V.                                  3:06CV00148 JTR

DAN LANGSTON,
Sheriff of Greene County                                                        DEFENDANT

# ORDER

On August 28, 2006, Plaintiff, who was confined in the Greene County Detention Center ("GCDC"), commenced this *pro se* § 1983 action alleging that Defendant Sheriff Dan Langston violated his constitutional rights.[1]  *See* docket entry #docket entry #2.

On October 5, 2006, the Court entered an Order: (1) granting Plaintiff permission to proceed *in forma pauperis;* (2) ordering the GCDC to collect an initial partial filing fee of $7.03; and (3) instructing the GCDC to collect the balance of the $350 filing fee in monthly installments.  *See* docket entry #11.  As of the date of this Order, the Court has not received any funds toward the satisfaction of the $350 filing fee.

On February 27, 2007, Plaintiff filed a Statement explaining that he has been released from the GCDC and that he is currently residing at a private address in Paragould, Arkansas.  *See* docket entry #46.  In light of his recent release, it is unclear whether Plaintiff remains interested in pursuing this action and, if so, whether he is still entitled to proceed *in forma pauperis*.  Accordingly, the Court will give Plaintiff thirty days to file:  (1) a Statement indicating whether he wishes to continue with this action; and (2) an Amended Application to Proceed *In Forma Pauperis*.

---

[1] The parties have consented to proceed before a United States Magistrate Judge, and the case is scheduled to proceed to a non-jury trial on May 22, 2007.  *See* docket entries #26 and #31.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court is directed to send Petitioner a (freeworld) Amended Application to Proceed *In Forma Pauperis.*

2. Plaintiff shall file **within thirty days of the entry of this Order**: (1) a Statement indicating whether he wishes to continue with this lawsuit; and (2) an Amended Application to Proceed *In Forma Pauperis.*

3. Plaintiff is reminded that the failure to timely and properly comply with this Order will result in the dismissal of this case, without prejudice, pursuant to Local Rule 5.5(c)(2).[2]

Dated this 14th day of March, 2007.

*/s/ A. Thomas Ray*
UNITED STATES MAGISTRATE JUDGE

---

[2] Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. <u>If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice</u>. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added.)