# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JEREMY WANE EDGAR                                                   PLAINTIFF

V.                               3:06CV00148 JTR

DAN LANGSTON,
Sheriff of Greene County                                           DEFENDANT

## ORDER OF DISMISSAL[1]

In August of 2006, Plaintiff, who was confined in the Greene County Detention Center ("GCDC"), commenced this *pro se* § 1983 action alleging that Defendant Sheriff Dan Langston was violating his constitutional rights. *See* docket entry #2. On February 27, 2007, Plaintiff filed a Statement explaining that he had been released from the GCDC and that he was currently residing at a private address in Paragould, Arkansas. *See* docket entry #46.

Accordingly, on March 14, 2007, the Court issued an Order giving Plaintiff thirty days to file: (1) a Statement indicating whether he wished to continue with this action; and (2) an Amended Application to Proceed *In Forma Pauperis*.[2] *See* docket entry #47. Importantly, the Court advised Plaintiff that the failure to timely and properly do so would result in the dismissal of this case, without prejudice, pursuant to Local Rule 5.5(c)(2).[3] *Id.*

---

[1] On November 27, 2006, the parties consented to proceed before a United States Magistrate Judge. *See* docket entry #26.

[2] Although the Court has previously granted Plaintiff permission to proceed *in forma pauperis* and assessed an initial partial filing fee, no funds have been received by the Court in payment of the $350 filing fee. *See* docket entry #11.

[3] Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party

As of today's date, Plaintiff has not complied with the Court's March 14, 2007 Order, and the time for doing so has expired.

IT IS THEREFORE ORDERED THAT:

1. Pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's March 14, 2007 Order (docket entry #47).

2. Defendant's Motion for Summary Judgment (docket entry #50) is DENIED, AS MOOT.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 17th day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. <u>If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.</u> Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added.)